**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 121 EAL 2020

             Respondent     :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

             v.                  :

                             :

CHARLES DAVIS,                :

                             :

             Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.